STATE of Missouri, Respondent,

v.

James L. PARKS III, Appellant.

No. WD 75523.

Missouri Court of Appeals, Western District.

Oct. 14, 2014.

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for respondent.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for appellant.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

James L. Parks III appeals his conviction, following a jury trial, of one count of robbery in the first degree, § 569.020 RSMo, in the Circuit Court of Jackson County, Missouri. Because a published opinion would have no jurisprudential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).